## 69063. MESSEX v. LYNCH.
(343 SE2d 172)

SOGNIER, Judge.

In *Messex v. Lynch*, 255 Ga. 208 (336 SE2d 755) (1985), the Supreme Court, reversed the judgment of this court in *Messex v. Lynch*, 173 Ga. App. 338 (326 SE2d 492) (1985). Accordingly, our judgment in this case is vacated, the judgment of the Supreme Court is made the judgment of this court and the judgment of the trial court is reversed.

*Judgment reversed. Deen, P. J., and McMurray, P. J., concur.*

DECIDED FEBRUARY 24, 1986.

*M. Francis Stubbs*, for appellant.
*William P. Franklin, Jr., I. Gregory Hodges*, for appellee.